**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Herman G Davis<br>Teresa D Davis | ) | Case no. 18-24279 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge: Lashonda A. Hunt |
| | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Herman G Davis                                    David M Siegel
Teresa D Davis                                    790 Chaddick Dr
1911 Crestview Dr                                 Wheeling, IL 60090
Plainfield, IL  60586

Please take notice that on Friday, April 17, 2020 at 10:00 am, a representative of this office shall appear before the Honorable Judge Lashonda A. Hunt at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Monday, March 30, 2020.

/s/ Carrie ODonnell
For:  Glenn Stearns, Trustee

---

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtors filed a petition under the Bankruptcy Code on August 28, 2018.
2. The debtors plan was confirmed on February 15, 2019.

A Summary of the debtors plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $850.00 | Last Payment Received: | October 22, 2019 |
| Amount Paid: | $7,716.68 | Amount Delinquent: | $4,250.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtors with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Sumitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650          /s/ Gerald Mylander
Lisle, IL  60532-4350                    For:  Glenn Stearns, Trustee
Ph: (630) 981-3888